# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2011

139960

KIMBERLY IDALSKI,
      Plaintiff-Appellant,

v

DAVID ALLEN SCHWEDT,
      Defendant,

and

STATE FARM MUTUAL INSURANCE
COMPANY,
      Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 139960
COA: 287279
Livingston CC: 07-022684-NI

On November 5, 2010, the Court heard oral argument on the application for leave to appeal the September 29, 2009 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2011

_____
Clerk

h0412